**MANUEL C. HERNANDEZ**
Oregon State Bar ID Number 874123
lawtalk@visitbandon.com
HERNANDEZ & ASSOCIATES, L.L.C.
PO Box 979
Bandon, OR 97411
Phone 541.347.2911
Facsimile 541.347.3656


**BONNER C. WALSH**
Oregon State Bar ID Number 131716
bonner@walshpllc.com
WALSH LLC
PO Box 7
Bly, Oregon 97622
Phone 541.359.2827
Facsimile 866.503 8206
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| STEPHEN A SANTORO, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 14-CV-522-TC |
| vs. | § § § | |
| OCWEN LOAN SERVICING, LLC, ALTISOURCE FULFILLMENT OPERATIONS, INC. AND KITSAP PROPERTY PRESERVATION LLC | § § § § § | ORDER ON MOTION TO DISMISS CLAIMS WITH PREJUDICE AGAINST DEFENDANT ALTISOURCE FULFILLMENT OPERATIONS INC. ONLY |
| Defendants. | § | |

**ORDER FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS ASSERTED AGAINST DEFEDANT ALTISOURCE FULFILLMENT OPERATIONS, INC.**

1

Having considered the Motion for Dismissal with Prejudice as to Defendant Altisource Fulfillment Operations, Inc. only, filed by Plaintiff the Court finds that the above-styled and numbered cause of action should be dismissed with prejudice as to Defendant Altisource Fulfillment Operations, Inc. only. All other claims asserted against any other Defendant shall remain.

IT IS, THEREFORE, ORDERED that the above-styled and numbered action, including all causes of action raised therein as to Defendant Altisource Fulfillment Operations, Inc. only, are hereby DISMISSED WITH PREJUDICE.

DATED THIS __15__ day of April 2015.

_____
THOMAS M. COFFIN
United States Magistrate Judge

ORDER FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS ASSERTED AGAINST DEFEDANT ALTISOURCE FULFILLMENT OPERATIONS, INC.

2