IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STEPHEN A. SANTORO, | 6:14-cv-00522-MK (Lead Case) <br> 6:15-cv-00399-MK (Trailing Case) <br> **ORDER** |
| Plaintiff, | |
| v. | |
| OCWEN LOAN SERVICING, LLC, ALTISOURCE SOLUTIONS, INC., AND KITSAP PROPERTY PRESERVATION, LLC, | |
| Defendants. | |

AIKEN, District Judge:

Magistrate Judge Thomas Coffin filed his Findings and Recommendation ("F&R") (doc. 163) in this consolidated case. Judge Coffin recommends that Defendant Ocwen's summary judgement motions (doc. 110, 106) be granted in full and Defendant Altisource's partial summary judgement motions (doc. 112, 108) be granted in part. He also recommends that Plaintiff's motions to certify a question to the Oregon Supreme Court (doc. 153, 154 and 150, 151) be denied.

Defendant Altisource and Plaintiff then timely filed objections to the F&R (doc. 170 and 171). The matter is now before me. *See* 28 U.S.C. § 636(b)(l)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's F&R, the district court must make a de novo determination of that portion of the magistrate judge's report. *See* 28 U.S.C. § 636(b)(l); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), cert denied, 455 U.S. 920 (1982). Based on my review of the F&R and the documents in the case, I find no error in Judge Coffin's F&R and the parties' objections do not undermine Judge Coffin's analysis. Thus, I adopt Judge Coffin's F&R (doc. 163) in its entirety. Accordingly, Defendant Ocwen's summary judgement motions (doc. 110, 106) are GRANTED and Defendant Altisource's partial summary judgement motions (doc. 112, 108) are GRANTED IN PART. Plaintiff's motions to certify a question to the Oregon Supreme Court (doc. 153, 154 and 150, 151) are DENIED. Defendants' motions (doc. 124, 120) for joinder in motion to strike and for leave to file sur-reply are DENIED AS MOOT as stated in Judge Coffin's minute orders (doc. 144, 140). The motions to withdraw as counsel (doc. 151, 147) are GRANTED.

IT IS SO ORDERED.

Dated this 31st day of March, 2019.

*/s/ Ann Aiken*
Ann Aiken
United States District Judge